**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO CASTILLEJOS, et al., | CASE NO. CV 11-03287 ODW (OPx) |
| Plaintiffs, | |
| v. | ORDER **GRANTING** DEFENDANTS' MOTION TO DISMISS [8] [Filed 5/13/11] AND **VACATING** HEARING THEREON |
| GALILEO FINANCIAL, LLC, et al., | |
| Defendants. | |

On May 13, 2011, Defendants, American Home Mortgage Servicing, Inc. and Deutsche Bank National Trust Company as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 (collectively, "Defendants"),[1] filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 8.) Plaintiffs, Alejandro Castillejos and Nereyda Castillejos (collectively, "Plaintiffs"), failed to timely oppose the Motion, which may be deemed consent to the granting of the Motion. *See* L.R. 7-9; L.R 7-12. Nevertheless, the Court has considered Defendants' arguments in support, and for the reasons discussed in Defendants' papers, hereby **GRANTS** the

---

[1] Because Defendants Galileo Financial, LLC and TD Service Company did not join in the instant Motion to Dismiss, all claims against them survive.

1

Motion to Dismiss. The June 20, 2011 hearing on this matter is **VACATED** and no appearances are necessary.

Plaintiffs may file an amended complaint within thirty (30) days from the date of this Order. If Plaintiffs fail to do so, the Court will dismiss all claims against Defendants with prejudice.

**IT IS SO ORDERED.**

June 8, 2011

```
_____
      HON. OTIS D. WRIGHT, II
   UNITED STATES DISTRICT JUDGE
```